Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JAMIE CLEMENS, | ) | CASE NO. 3:22-CV-000898 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| v. | ) | |
| | ) | |
| DOLGEN MIDWEST, LLC DBA DOLLAR GENERAL | ) ) | |
| | ) | |
| Defendant. | | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate to the dismissal of the instant action without prejudice, with each party to bear its own costs of this action.

Respectfully submitted,

/s/ James J. Hux
James J. Hux (0092992)
HUX LAW FIRM, LLC
3 Severance Circle #18147
Cleveland Heights, Ohio 44118
Phone: (937) 315-1106
Fax:    (216) 359-7760
Email: jhux@huxlawfirm.com

*Counsel for Plaintiff*

/s/ Lauren C. Tompkins (per email consent)
Lauren C. Tompkins (0087304)
Olgetree, Deakins, Nash, Smoak & Stewart, P.C
KeyTower
127 Public Square, Suite 4100
Cleveland, OH 44114
Telephone: 216-241-6100
Facsimile: 216-357-4733

*Attorney for Defendant*